KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
**IN RE COMBINED WORLD TRADE CENTER**          21 MC 102 (AKH)
**AND LOWER MANHATTAN DISASTER SITE**
**LITIGATION**
-------------------------------------------------------------------x
**RUBEN GOMEZ,**                                DOCKET NO.:
                                                08 CV 2628
      **Plaintiff,**

 -against-

**100 CHURCH, LLC, AMBIENT GROUP, INC.,**
**CUNNINGHAM DUCT CLEANING CO. INC.,**
**GPS ENVIRONMENTAL CONSULTANTS,**             NOTICE OF
**HILLMAN ENVIRONMENTAL GROUP, INC.,**         APPEARANCE
**INDOOR ENVIRONMENTAL TECHNOLOGY,**
**INC., LAW ENGINEERING, P.C., MERRILL**
**LYNCH & CO., INC., ROYAL AND SUNALLIANCE**
**INSURANCE GROUP, PLC., TRC ENGINEERS,**
**INC., VERIZON NEW YORK, INC., AND ZAR**
**REALTY MANAGEMENT,**

      **Defendants.**
-------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

 Enter my appearance as counsel in this case for:

    **CUNNINGHAM DUCT WORK s/h/i/a**
    **CUNNINGHAM DUCT CLEANING CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York
April 2, 2008

<div style="margin-left: 40%;">

Kevin G. Horbatiuk
Kevin G. Horbatiuk (KGH4977)
Matthew P. Mazzola (MM-7427)
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
(212) 482-0001
RKT File No. 824.078

</div>

TO:   CHRISTOPHER R. LaPOLA, ESQ.,
      WORBY GRONER EDELMAN & NAPOLI BERN, LLP
      Attorney for Plaintiff
      **RUBEN GOMEZ**
      115 Broadway - 12th Floor
      New York, New York 10006
      (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 2nd day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**RUBEN GOMEZ**
115 Broadway 12th Floor
New York, New York 10006

*Kevin G. Horbatiuk*
**KEVIN G. HORBATIUK**